# SCHEDULE

# A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8048
Owners:  Angelita T. Vasquez, *et al.*
Acres:  1.558

**Being** a 1.558 acre (67,853 square feet) parcel of land, more or less, being out of the Jose Salvador de la Garza Survey, Abstract No. 105, Porción 88, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 60 as described in Final Decree recorded in Volume 51, Page 225, Deed Records of Starr County, Texas, being out of the remainder of a called 33 acre tract conveyed to Romulo Garza by Warranty Deed recorded in Volume 57, Page 503, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Estanislado Garza de Garza, Guadalupe Garza Zamora, Concepcion Garza Zamora, Felicitas Garza Zamora, Juanita Garza Zamora, Clemencia Garza Zamora, Ronualdo Garza, Feliciana Garza de Bazan, Reynaldo Garza, Ramona Garza, Antonia Garza, Virginia Garza de Porras, Josefa Garza de Guerrero, Medardo Porran, Domingo Porras, Concepcion Garza de Garza, Juan Lino Garza, Romulo Garza and Clemencia Garza de Cantu by Final Decree of Partition recorded in Volume 190, Page 399, Deed Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8026" for the southwest corner of Tract RGV-RGC-8048, said point being at the southwest corner of the 33acre tract and the northwest corner of a called 8.62 acre tract conveyed to Ignacio Guitierrez by Warranty Deed recorded in Volume 51, Page 8, Deed Records of Starr County, Texas and being the same tract of land conveyed to Fortunato Elizondo and Romulo Garza by Final Decree recorded in Volume 51, Page 225, Deed Records of Starr County, Texas (Share No. 25-A), said point being in the west line of Porción 88, the east line of Porción 87 and the east line of a called 1888.7 acre tract conveyed to Sheerin Real Properties, LTD. by Assumption Special Warranty Deed recorded in Volume 1349, Page 152, Official Records of Starr County, Texas (Tract I), said point having the coordinates of N=16640603.114, E=909480.671, said point bears N 22°05'20" W, a distance of 1120.34' from United States Army Corps of Engineers Control Point No. SS13-2019;

**Thence:** N 08°50'06" E (N 08°30'00" E, Record), with the west line of the 33 acre tract, the west line of Porción 88, the east line of Porción 87 and the east line of the 1888.7 acre tract, for a distance of 351.41' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8025-19" for the north corner of Tract RGV-RGC-8048, said point being in the west

**SCHEDULE C (Cont.)**

line of the 33 acre tract, the west line of Porción 88, the east line of Porción 87 and the east line of the 1888.7 acre tract;

**Thence:** S 48°57'28" E departing the east line of the 1888.7 acre tract and the east line of Porción 87, over and across the 33 acre tract, for a distance of 456.40' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8026-2" for the east corner of Tract RGV-RGC-8048, said point being in the south line of the 33 acre tract and the north line of the 8.62 acre tract;

**Thence:** S 83°11'19" W (S 84°18'00" W, Record), with the south line of the 33 acre tract and the north line of the 8.62 acre tract, for a distance of 401.03' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

**(1)** ESTANISLADO GARZA DE GARZA, GUADALUPE GARZA ZAMORA, CONCEPCION GARZA ZAMORA, FELICITAS GARZA ZAMORA, JUANITA GARZA ZAMORA, CLEMENCIA GARZA ZAMORA, RONUALDO GARZA, FELICIANA GARZA DE BAZAN, REYNALDO GARZA, RAMONA GARZA, ANTONIA GARZA, VIRGINIA GARZA DE PORRAS, JOSEFA GARZA DE GUERRERO, MEDARDO PORRAN, DOMINGO PORRAS, CONCEPCION GARZA DE GARZA, JUAN LINO GARZA, ROMULO GARZA & CLEMENCIA GARZA DE CANTU CALLED 33 ACRES FINAL DECREE OF PARTITION VOL. 190, PG. 399 DRSC

**(2)** SHEERIN REAL PROPERTIES, LTD. CALLED 1888.7 ACRES ASSUMPTION SPECIAL WARRANTY DEED VOL. 1349, PG. 152 ORSC (TRACT I)

**(3)** IGNACIO GUTIERREZ WARRANTY DEED VOL. 51, PG. 8 DRSC FORTUNATO ELIZONDO & ROMULO GARZA CALLED 8.62 ACRES FINAL DECREE VOL. 51, PG. 225 DRSC (SHARE No. 25-A)

**(4)** UNITED STATES OF AMERICA CALLED 842.643 ACRES WARRANTY DEED VOL. 1015, PG. 532 ORSC "TRACT (592)"

**(5)** PEDRO BARRERA, SR. CALLED 2.510 ACRES WARRANTY DEED VOL. 725, PG. 512 ORSC

**(6)** OSCAR R. OZUNA, VANESSA JO HINOJOSA & MONICA LINN OZUNA CALLED 8.83 ACRES DEED OF GIFT VOL. 1516, PG. 777 ORSC (SHARE No. 43-A)

**(7)** UNITED STATES OF AMERICA CALLED 467.842 ACRES WARRANTY DEED VOL. 1090, PG. 412 ORSC "TRACT (592e)"

**(8)** SANTOS BAZAN CALLED 6.19 ACRES FINAL DECREE VOL. 51, PG. 225 DRSC (SHARE No. 43)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 08°50'06" E | 351.41' | N 08°30'00" E | N/A |
| L2 | S 48°57'28" E | 456.40' | N/A | N/A |
| L3 | S 83°11'19" W | 401.03' | S 84°18'00" W | N/A |
| L4 | N 22°05'20" W | 1120.34' | N/A | N/A |

### COORDINATE TABLE

| POINT | NORTHING | EASTING | DESCRIPTION |
|---|---|---|---|
| 1 | 16640603.114 | 909480.671 | POC RGV-RGC-8026 |
| 2 | 16640950.357 | 909534.644 | RGV-RGC-8025-19 |
| 3 | 16640650.676 | 909878.874 | RGV-RGC-8026-2 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7256 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-896-1010

Drawing SHEET 4 OF 6 Ref. No.

**METES & BOUNDS SURVEY**
**ROMULO GARZA, ET AL**
**TRACT No. RGV-RGC-8048**
**STARR COUNTY            TEXAS**



| | BY | DATE |
|---|---|---|
| Drawn | TPA | 2/20 |
| Checked | LMK | 2/20 |
| Surveyor | JDB | 2/20 |

Fld.Bk. # 18SBBS-T4-BB
TEXAS LICENSED SURVEYING FIRM IMF ENGINEERING, INC. NO. 10193942

CONTRACT NO.: W91273-14-D-0013
T.O.: W91273-18-F-0139



B&F ENGINEERING, INC. 928 AIRPORT ROAD HOT SPRINGS, AR 71913 (PH) 501-767-2366 (FAX) 501-767-6659 (EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-8048    DATE: 2/21/2020

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



# SCHEDULE

# E

## SCHEDULE E

ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHT THOUSAND SIX HUNDRED EIGHTY-SIX DOLLARS AND NO/100 ($8,686.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Title Abstract Reference |
| --- | --- |
| **Unknown Heirs of Guadalupe T. Guerra**<br>Unknown Address<br><br>**Unknown Heirs of Maria Elena T. Guerra a/k/a Maria Elena Valeton**<br>Unknown Address<br><br>**Angelita T. Vasquez**<br>█████████<br>Edinburg, TX ████<br><br>**Berta T. Estevis**<br>█████████<br>Edinburg, TX ████<br><br>**Julio T. Garza**<br>Unknown Address<br><br>**Unknown Heirs of Elia T. Pena**<br>Unknown Address<br><br>**Luis Olivarez, Jr.**<br>Unknown Address<br><br>**Jovita O. Rutledge**<br>Unknown Address | The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>Affidavit of Heirship for Hermina Garza, Document No.1974-15779, recorded on July 8, 1974, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, The Estate of Romulo Garza, Deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| **Alfredo Olivarez** <br> Unknown Address <br><br> **Alicia C. Ramirez a/k/a Alicia Casas** <br> Unknown Address <br><br> **Maria Hilda Trevino a/k/a Maria Casas** <br> Unknown Address <br><br> **Ramiro Casas** <br> Unknown Address <br><br> **Heriberto Casas, Jr.** <br> Unknown Address <br><br> **Rogelio Casas** <br> Unknown Address <br><br> **Guadalupe C. Sandoval** <br> Unknown Address <br><br> **Lucia C. Rodriguez** <br> Unknown Address <br><br> **Cecelia Casas** <br> Unknown Address <br><br> **Evangelina C. Garza** <br> Unknown Address <br><br> **Noe Casas** <br> Unknown Address | |

| | |
|---|---|
| **Lydia M. Casas**<br>Unknown Address<br><br>**Eloy Casas**<br>Unknown Address<br><br>**Minnie "Minerva" C. de Alejandro**<br>Unknown Address<br><br>**Eveline C. de Shane**<br>Unknown Address<br><br>**Maria Del Refugio Casas**<br>Unknown Address | |
| **Teresa Isabel Trevino**<br>███████<br>Edinburg, TX ███████<br><br>**Diana Patricia Salinas a/k/a Diana P. Rivas**<br>███████<br>Edinburg, TX ███████<br><br>**Unknown Heirs of Roberto Rivas**<br>Unknown Address<br><br>**Dalia Rivas**<br>Unknown Address<br><br>**Danielle Ester Ballen a/k/a Danielle Ester Rivas**<br>███████<br>Edinburg, TX ███████ | Last Will and Testament of Ester T. Rivas, In the Estate of Ester Rivas, Deceased, Case No. 27,470-C, on August 8, 2000, in County Court at Law No. Three (3), Hidalgo County, Texas.<br><br>The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |

| | |
|---|---|
| **Unknown Heirs of Nora Estella Perez**<br>Unknown Address<br><br>**Tomas Perez IV**<br>Unknown Address<br><br>**Sarah Michelle Perez**<br>Unknown Address<br><br>**Daniel Rivas III**<br>█████<br>Edinburg, TX ███ | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Ophelia B. Trevino**<br>█████<br>Edinburg, TX ███<br><br>**Cristina M. Gonzalez**<br>█████<br>Edinburg, TX ███<br><br>**Norma L. Trevino**<br>█████<br>Edinburg, TX ███<br><br>**Dina L. Parras**<br>█████<br>Edinburg, TX ███ | Last Will and Testament of Juan Diego Trevino, In the Estate of Juan Diego Trevino, Decedent, Cause No: P-35,891, October 3, 2013, in the Probate Court of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Juan Diego Trevino, Document No. 2013-2426997, recorded on July 2, 2013, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |

| | |
|---|---|
| | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown Heirs of Ogla Olivarez a/k/a Ogla O. Olivarez**<br><br>█████████<br><br>San Isidro, Texas █████ | Affidavit of Heirship for Dario Olivarez, Sr. and Dario Olivarez, Jr., Document No. 2011-295367, recorded on January 25, 2011, in the Official Public Records of Starr County, Texas. |
| **Bibi Irene Olivarez**<br>██████████████<br>League City, Texas ████ | Affidavit of Heirship for Dario Olivarez, Sr., Document No. 1990-152616, recorded on July 2, 1990, in the Official Public Records for Starr County, Texas. |
| **Gloria O. Perez**<br>█████████<br>San Isidro, TX ████ | The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Noelia R. Colin**<br>█████████<br>Rio Grande City, Texas ████ | Affidavit of Heirship for Olivia O. Rodriguez, Document No. 2012-302259, recorded on January 6, 2012, in the Official Public Records of Starr County, Texas. |
| **Noe Rodriguez, Jr.**<br>█████████<br>Rio Grande City, Texas ████ | Affidavit of Heirship for Olivia O. Rodriguez, Document No. 2011-301638, recorded on November 30, 2011, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| | Affidavit of Heirship for Noe Rodriguez, Document No. 2011-301639, recorded on November 30, 2011, in the Official Public Records of Starr County, Texas.<br><br>The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Abelardo Casas, Jr.**<br>Mission, Texas<br><br>**Frank Casas**<br>McAllen, Texas<br><br>**Unknown Heirs of Homero Casas**<br>Unknown Address<br><br>**Marcos Sanchez**<br>Mission, Texas | Affidavit of Heirship for Abelardo Casas, Sr., Document No. 2015-322921, recorded on March 27, 2015, in the Official Public Records of Starr County, Texas.<br><br>The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on |

| | |
|---|---|
| **Judy Sanchez** <br> ▮▮▮▮ <br> Mission, Texas ▮▮▮ <br><br> **Luis Andres Casas** <br> ▮▮▮▮▮ <br> Mission, Texas ▮▮▮ | November 5, 1971, in County Court of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Linda Castaneda** <br> ▮▮▮▮ <br> Mission, Texas ▮▮▮ <br><br> **Omar Zamora** <br> Unknown Address <br><br> **Haydee Zamora** <br> Unknown Address <br><br> **Jaime Zamora** <br> Unknown Address | The Estate of Hortencia Zamora, Deceased, Probate Cause No. P-38,170, on June 21, 2017, in the Probate Court of Hidalgo County, Texas. <br><br> The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas. <br><br> The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas. <br><br> The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Ernestina O. Guerra** <br> Unknown Address | The Estate of Lydia O. Hinojosa, Deceased, Probate Cause No. P-33,999, Document No. 2010-291997, filed on July 28, 2010, in the Official Public Records of Starr County, Texas. <br><br> The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on |

| | |
|---|---|
| | August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Maria Elena Casas**<br><br>Edinburg, Texas<br><br>**Gerardo Casas**<br><br>Edinburg, Texas<br><br>**Gustavo Casas**<br><br>Edinburg, Texas<br><br>**Lorella Casas Vela**<br><br>Edinburg, Texas<br><br>**Ruby Casas**<br><br>Edinburg, Texas | Affidavit of Heirship for Porfirio Casas, Document No. 2009-2005123, recorded on June 8, 2009, in the Official Public Records of Hidalgo, County, Texas.<br><br>The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| **Deanne Economedes**<br><br>Edinburg, Texas | The Estate of Hermelinda C. Enconomedes, Deceased, Probate Cause No. P-34,072, on August 18, 2010, in the Probate Court of Hidalgo County, Texas.<br><br>The Estate of Narcisa C. Garza, Deceased Probate Cause No. 24,333-A, filed on August 23, 1995, in County Court of Law One (1), in Hidalgo County, Texas.<br><br>The Estate of Sabas Garza, Deceased, Probate Cause No. 13,540, on July 5, 1979, in County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, on November 5, 1971, in County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Nora L. Moralez a/k/a Nora L. Morales a/k/a Nora T. Morales**<br>Unknown Address<br><br>**Cynthia M. Salazar f/k/a Cynthia M. Trevino a/k/a Cynthia M. Saldana**<br>Unknown Address<br><br>**Cecilia Rodriguez**<br>Unknown Address<br><br>**Gilberto Trevino**<br>Unknown Address | Affidavit of Heirship for Maria Hilda Trevino A/K/A Hilda Trevino A/K/A Maria Hilda Casas Trevino, Document No. 2007-1710512, recorded on January 17, 2007, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |

| | |
|---|---|
| | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Graciela R. Casas, wife**<br>Unknown Address<br><br>**Juan M. Casas, Jr.**<br>Unknown Address<br><br>**Catherine E. Casas**<br><br>McAllen, Texas<br><br>**James N. Casas**<br><br>McAllen, Texas | Affidavit of Heirship for Juan Manuel Casas A/K/A Juan M. Casas, Document No. 2006-1634901, recorded on July 3, 2006, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Roel M. Serna Benavides**<br><br>Edinburg, Texas | Affidavit of Facts Concerning the Identity of Heirs for Leonor Ramirez Garza, Document No. 2019-3032134, recorded on July 18, 2019, in the Official Public Records of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Hermina Garza, Document No.1974-15779, recorded on July 8, 1974, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown heirs of Jose Bustos Chavez** | Affidavit as to Life Tenant Jose B. Chavez A/K/A Jose Bustos Chavez, deceased, |

| | |
|---|---|
| Edinburg, Texas ▮ | Document No. 2014-2545303, recorded on September 4, 2014, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Florencia Garza Chavez, Deceased, Probate Cause No. 29,430, filed on November 10, 2003, in the Probate Court of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Hermina Garza, Document No.1974-15779, recorded on July 8, 1974, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Eva L. Ramos**<br>Unknown Address<br><br>**Samuel Longoria**<br>Unknown Address<br><br>**Andrea L. Ramos**<br>▮<br>Corpus Christi, TX ▮ | Affidavit of Heirship for Isidora Garza Longoria, Document No. 2002-1048108, recorded February 4, 2002, in the Official Public Records of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Hermina Garza, Document No.1974-15779, recorded on July 8, 1974, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| **Unknown Heirs of Paula G. de Casas a/k/a Paula Garza Casas a/k/a Paula G. Casas**<br><br>Edinburg, TX<br><br><br>**Roman Garza**<br><br>Edinburg, TX<br><br><br>**Unknown Heirs of Alicia G. de Perez a/k/a Alicia Garza Perez**<br><br>Edinburg, TX<br><br><br>**Anival Perez**<br><br>Edinburg, TX<br><br><br>**Delia Perez a/k/a Delia Perez Mayo**<br><br>Edinburg, TX<br><br><br>**Alberto Perez**<br><br>Edinburg, TX<br><br><br>**Arnoldo Perez**<br><br>San Antonio, TX | Affidavit of Heirship for Hermina Garza, Document No.1974-15779, recorded on July 8, 1974, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Angelica Garza**, subject to the 1/3rd Life Estate of Juanita Vela Garza<br><br>Edinburg, Texas | Affidavit of Heirship for Alfredo Garza, Document No. 2013-312339, recorded on July 9, 2013, in the Official Public Records of Hidalgo County, Texas. |

| | |
|---|---|
| | General Gift Warranty Deed, Document No. 2009-285390, recorded on August 31, 2009, in the Official Public Records of Starr County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Alejandro Garza**, subject to the 1/3rd Life Estate of Juanita Vela Garza<br>█████████<br>Edinburg, TX ████<br><br>**Alfredo Garza, Jr.,** subject to the 1/3rd Life Estate of Juanita Vela Garza<br>Unknown Address | Affidavit of Heirship for Alfredo Garza, Document No. 2013-312339, recorded on July 9, 2013, in the Official Public Records of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Hermina Garza, Document No.1974-15779, recorded on July 8, 1974, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Maria Ignacia Zamora Diaz A/K/A Mary Z. Diaz**<br>█████<br>Edinburg, Texas ████<br><br>**Unknown Heirs of Florentino Amado Zamora** | The Estate of Clemencia Garza Zamora, Deceased, Probate Cause No. 989, Document No. 1994-392226, recorded on June 15, 1994, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, |

| | |
|---|---|
| Unknown Address<br><br>**Fabian Ariel Zamora**<br>Unknown Address<br><br>**Rita Mayela Zamora**<br>Unknown Address | Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown heirs of Guadalupe Garza Zamora**<br>Unknown Address<br><br>**Unknown heirs of Concepcion Garza Zamora**<br>Unknown Address<br><br>**Unknown Heirs of Felicitas Garza Zamora**<br>Unknown Address<br><br>**Unknown Heirs of Juanita Garza Zamora**<br>Unknown Address<br><br>**Unknown Heirs of Feliciana Garza de Bazan**<br>Unknown Address<br><br>**Unknown Heirs of Reynaldo Garza**<br>Unknown Address<br><br>**Unknown Heirs of Ramona Garza**<br>Unknown Address | Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| **Unknown Heirs of Antonia Garza**<br>Unknown Address<br><br>**Unknown Heirs of Josefa Garza Guerrero**<br>Unknown Address | |
| **Jesus Garza**<br>(Beneficiary of the Estate of Medardo Garza)<br>Unknown Address | The Estate of Medardo Garza, Deceased, Probate Cause No. 27,582-C, filed on April 5, 2001, in County Court at Law No. 3 in Hidalgo County, Texas.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Albesa Garza Fernandez**<br>▮▮▮▮▮<br>San Antonio, TX ▮▮▮<br><br>**Rodolfo Garza**<br>▮▮▮▮▮<br>Matthews, NC ▮▮▮<br><br>**Jose Homero Garza**<br>▮▮▮▮▮<br>Houston, TX ▮▮<br><br>**Hector Romeo Garza**<br>▮▮▮▮▮<br>Edinburg, TX ▮▮ | Judgment Declaring Heirship, The Estate of Julio C. Garza, Deceased, Cause No. 26,901-B, filed on December 18, 2001, in the Probate Court No. 3 of Hidalgo County, Texas.<br><br>The Estate of Julio C. Garza, deceased, Probate Cause No. 12,714, filed on January 26, 1978, in the County Court at Law of Hidalgo County, Texas.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |

| | |
|---|---|
| **Maria Alicia Garza Luna** <br> ███████████ <br> San Antonio, TX ███ | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown Heirs of Maria Luisa Garza** <br> Unknown Address <br><br> **Unknown Heirs of Clemencia Garza Garza** <br> Unknown Address <br><br><br> **Juan Lino Garza, Jr.** <br> Unknown Address <br><br> **Laurencio Garza** <br> Unknown Address <br><br> **Norma L. Ritchie** <br> Unknown Address <br><br> **Gloria Velma Garza** <br> Unknown Address <br><br> **Ruben Garza** <br> Unknown Address <br><br> **Jesus Alonzo Garza** <br> Unknown Address <br><br> **Corina Garza Vela** <br> (wife of Jacinto Vela) <br> Unknown Address | The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Eva Nell Moron** <br> Unknown Address | The Estate of Raul C. Garza, Deceased, Probate Cause No. 12,039, filed on May 10, 1976, in the County Court of Hidalgo County, Texas. |

| | |
|---|---|
| **Unknown Heirs of Laurencio R. Garza**<br>Unknown Address<br><br><br>**Unknown Heirs of Cletta Jean Garza Adams**<br>Unknown Address<br><br><br>**Eva Diane Adams**<br>Unknown Address<br><br><br>**Gary D Wayne Adams**<br>Unknown Address<br><br><br>**Annette Adams**<br>Unknown Address<br><br><br>**Lynette Adams**<br>Unknown Address<br><br><br>**Kathy Garza Martin**<br>Unknown Address<br><br><br>**T. Albert Garza**<br>Unknown Address | The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Jessica Cordova Massey**<br>▮▮▮▮▮▮▮<br>Wichita Falls, TX ▮▮▮ | The Estate of Efrain Garza, Deceased, Probate Cause No. 2018-PC-2884, Document No. 019-3001182, recorded on April 3, 2019, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Carolina Garza, Deceased, Probate Cause No. 87-PC-2150, filed on August 12, 1987, in the Probate Court of Bexar County, Texas and Document No. 2019-3001181, filed on April 3, 2019, in the official Public Records of Hidalgo County. |

| | |
|---|---|
| | The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Yolanda Cordova**<br>█████████<br>San Antonio TX ████ | The Estate of Carolina Garza, Deceased, Probate Cause No. 87-PC-2150, filed on August 12, 1987, in the Probate Court of Bexar County, Texas and Document No. 2019-3001181, filed on April 3, 2019, in the official Public Records of Hidalgo County.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown Heirs of Amparo Balderas Garza**<br>Unknown Address<br><br>**Faustino Garza, Jr.**<br>Unknown Address<br><br>**George Garza**<br>Unknown Address | The Estate of Faustino C. Garza, Sr., Decease, Probate Cause No. 26,763-D, filed on June 14, 1999, in County Court at Law No. 4 in Hidalgo County, Texas.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |

| | |
|---|---|
| **Steven Garza**<br>Unknown Address<br><br>**Mary Catherine (Cathy) Garza**<br>Unknown Address<br><br>**Laura Suzanne Yeager**<br>Unknown Address | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Victor L. Garza**<br>██████<br>San Antonio TX ██<br><br>**Aurora Brenda Garcia**<br>██████<br>Buda, TX ██<br><br>**M. Eloy Garza**<br>██████<br>San Antonio, TX ██<br><br>**Rene O. Garza**<br>██████<br>Edinburg, TX ██<br><br>**David L. Garza**<br>██████<br>Austin, TX ██<br><br>**Julia Elizabeth Casarez**<br>██████<br>Baldwin, Missouri ██<br><br>**R. Lucas Garza**<br>██████<br>Austin, TX ██ | Affidavit of Heirship for Cecilio C. Garza A/K/A Cecilio Garza, Document No. 2008-1932908, recorded on September 30, 2008, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| **Unknown Heirs of Elida Perez. Garza**<br>Unknown Address<br><br>**Lauro Noel Garza** (child)<br>Unknown Address<br><br>**Lamar Uriel Garza** (child)<br>████████<br>Dripping Springs, TX ███████ | The Estate of Jesus A. Garza, Deceased, Probate Cause No. 12,034-P, Document Nos. 2011-2240768 and 2011-2240769 on September 13, 2011, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Elma Nora Cavazos**<br>████████<br>Edinburg, Texas ████<br><br>**Abraham Dario Garza**<br>███████<br>Edinburg, Texas ████ | Affidavits of Facts Concerning the Identity of Heirs for Roman G. Garza A/K/A Roman Garza, Document No. 2012-2369560, recorded on December 27, 2012, in the Official Public Records of Hidalgo County, Texas.<br><br>Affidavits of Facts Concerning the Identity of Heirs of Leonor Garza, Document No. 2012-2369561, recorded on December 27, 2012, in the Official Public Records of Hidalgo County, Texas.<br><br>The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| **Roman Garza, Jr.** <br> ▉▉▉ <br> McAllen, Texas ▉▉ | Affidavits of Facts Concerning the Identity of Heirs for Roman G. Garza A/K/A Roman Garza, Document No. 2012-2369560, recorded on December 27, 2012, in the Official Public Records of Hidalgo County, Texas. <br><br> The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Loretta Garza** <br> ▉▉▉ <br> Crosby, TX ▉▉ <br><br> **Justin Omar Garza** <br> ▉▉▉ <br> Baytown, TX ▉▉ <br><br> **Marina Lee Garza a/k/a Marina Atkinson** <br> ▉▉▉ <br> Katy, TX ▉▉ | The Estate of Jose Omar Garza, Deceased, Probate Cause No. 365628, filed on January 19, 2007, in Probate Court No. 2, Harris County, Texas and Document No. 2019-3003026, recorded on April 9, 2019, in the Official County Records of Hidalgo County, Texas. <br><br> Affidavits of Facts Concerning the Identity of Heirs for Roman G. Garza A/K/A Roman Garza, Document No. 2012-2369560, recorded on December 27, 2012, in the Official Public Records of Hidalgo County, Texas. <br><br> Affidavits of Facts Concerning the Identity of Heirs of Leonor Garza, Document No. 2012-2369561, recorded on December 27, 2012, in the Official Public Records of Hidalgo County, Texas. <br><br> The Estate of Romualdo Garza, Deceased, Probate Cause No. 10,593, filed on February 22, 1973, in the County Court of Hidalgo County, Texas. |

| | |
|---|---|
| | Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown Heirs of Ofelia Porras Mejia** <br> Unknown Address | Affidavit of Heirship for Virginia Garza de Porras, Document No. 1974-19398, recorded on November 28, 1973, in the Records of Brooks County, Texas, and on August 26, 1974, in the Official Public Records of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Unknown Heirs of Medardo Porras, Jr.** <br> (Son of Medardo Porras, Sr.) <br> Unknown Address <br><br> **Domingo Porras** <br> ██████ <br> Edinburg, TX ██████ <br><br> **Blanca Estella Garza** <br> Unknown Address <br><br> **Unknown Heirs of Medardo Porras, III** <br> ██████ <br> Edinburg, TX ██████ <br><br> **Maria Victoria Porras** <br> ██████ <br> Edinburg, TX ██████ | Affidavit of Heirship for Celia Martinez Porras, Document No. 2011-297991, recorded on June 7, 2011, in the Official Public Records of Hidalgo County, Texas. <br><br> Affidavit of Heirship for Medardo Porras and wife, Celia Martinez, Document No. 2004-1341605, recorded on June 2, 2004, in the Official Public Records of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

**Francisco Javier Porras**

Edinburg, TX

**Unknown Heirs of Martin Porras**
(Son of Medardo Porras, Sr.)
Unknown Address

**Jose Luis Porras**
Unknown Address

**Delilah Porras**

Edinburg, TX

**Liza Ann Porras**

Edinburg, TX

**Yvonne Porras**

Weslaco, TX

**Jessica Porras**

Edinburg, TX

**Martin Porras Jr**

Richmond, TX

**Maria Celia Porras**

Edinburg, TX

| | |
|---|---|
| **Adan Porras** <br> ████████ <br> Edinburg, TX ████ | |
| **Ernestina Porras** (1/3 Life Estate interest) <br> ████████ <br> Edinburg, TX ████ <br><br> **Manuel Joel Porras, Jr.** <br> ████████ <br> Edinburg, TX ████ <br><br> **Martin Porras** <br> ████████ <br> Austin, TX ████ <br><br> **Rebecca P. Hernandez** <br> Unknown Address <br><br> **Belinda Porras** <br> ████████ <br> Edinburg, TX ████ | Affidavit of Heirship of Joel Porras aka Manuel Jose Porras, Document No. 2011-297990, recorded on June 7, 2011, in the Official Public Records of Hidalgo County, Texas. <br><br> Affidavit of Heirship for Medardo Porras and wife, Celia Martinez, Document No. 2004-1341605, recorded on June 2, 2004, in the Official Public Records of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Dr. Emma M. Elizondo a/k/a Emma Margot Elizondo** <br> ████████ <br> San Antonio TX ████ <br><br> **Holda A. Elizondo a/k/a Holda Alice Elizondo** <br> ████████ <br> Sweeny TX ████ | Affidavit of Heirship for Concepcion Garza de Garza A/K/A Concepcion G. de Garza, Document No. 2023-3426252, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas. <br><br> Affidavit of Heirship for Emma G. Elizondo F/K/A Emma Garza, Document No. 2023-3426253, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas. <br><br> Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |

| | |
|---|---|
| | |
| **Pablo Alejandro Garza**<br>▮▮▮▮▮▮▮▮▮<br>Edinburg, TX ▮▮▮ | Affidavit of Heirship for Concepcion Garza de Garza A/K/A Concepcion G. de Garza, Document No. 2023-3426252, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Victor Emilio Garza**, subject to the 1/3rd Life Estate of Maria Beatriz Garza<br>Unknown Address<br><br>**Maria Beatriz Garza**<br>Unknown Address | Affidavit of Heirship for Roberto Garza A/K/A Roberto G. Garza, Document No. 2023-3426254, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Concepcion Garza de Garza A/K/A Concepcion G. de Garza, Document No. 2023-3426252, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Carmen Garza Mead a/k/a Carmen G. Mead f/k/a Carmen Garza**<br>Unknown Address | Affidavit of Heirship for Concepcion Garza de Garza A/K/A Concepcion G. de Garza, Document No. 2023-3426252, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |

| | |
|---|---|
| | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Michael Andrew Gonzalez**<br><br>Weslaco, TX<br><br><br>**Sandra Iris Gonzalez**<br><br>Garland, TX | Affidavit of Heirship for Alexandria Lydia Garza Scott A/K/A Alexandra Lydia Scott F/K/A Alexandra Lydia Garza, Document No. 2023-3426255, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas.<br><br>Affidavit of Heirship for Concepcion Garza de Garza A/K/A Concepcion G. de Garza, Document No. 2023-3426252, recorded on March 2, 2023, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Juan Lino Garza**<br>Co-Trustees of the Guadalupe Garza and Amparo S. Garza Trust<br>Unknown Address<br><br><br>**Guadalupe Garza, Jr.**<br>Co-Trustees of the Guadalupe Garza and Amparo S. Garza Trust<br>Unknown Address | Warranty Deed, Document No. 2010-1262738, recorded on January 26, 2010, in the Official Public Records of Starr County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Maria Ignacia G. Rodriguez**<br><br>Edinburg, TX<br><br><br>**Arturo G. Garza**<br><br>Falfurrias, TX | The Estate of Romulo Garza, Jr., Deceased, Probate Cause No. 17,129-C, filed on March 30, 2007, in the Probate Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on |



| | |
|---|---|
| **Teodoro R. Garza** ▓▓▓▓▓ Linn, TX ▓▓ | January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Eva Garcia** ▓▓▓▓▓▓▓▓ Oxnard, CA ▓▓ | |
| **Brian Garcia** ▓▓▓▓▓▓▓▓ Oxnard CA ▓▓ | |
| **Amanda Garcia** ▓▓▓▓▓▓▓ Oxnard CA ▓▓ | |
| **Eric John Salinas** ▓▓▓▓▓ Edinburg TX ▓▓ | |
| **Claudia Lee Salinas** ▓▓▓▓▓ Edinburg TX ▓▓ | |
| **Monica A. Rios** ▓▓▓▓ San Antonio, TX ▓▓ | |
| **Cynthia Salazar** ▓▓▓▓▓ San Antonio, TX ▓▓ | |
| **Rey Torres** ▓▓▓▓ San Antonio, TX ▓▓ | The Estate of Felicitas Garza Torres, Deceased, Probate Cause No. P-39,208, filed on April 8, 2019, in the Probate Court of Hidalgo County, Texas. |

| | The Estate of Estanislada Garza de Garza, Deceased, Probate Cause No. 10,029, filed on December 29, 1972, in the County Court of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
|---|---|
| **Ludibin Imelda Cantu**<br>Unknown Address<br><br>**Maria Diosel Cantu**<br>Unknown Address<br><br>**Leo Milo Cantu**<br>Unknown Address | Affidavit of Heirship for Clemencia G. Cantu, Document No. 2006-1577608, recorded on February 20, 1996, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Ginile Cantu Garnett**<br>Unknown Address | Last Will and Testament of Arnoldo A. Cantu, Deceased, in the Estate of Arnoldo A. Cantu, Probate Cause No. 1911-PR, Document No. 2016-328542, recorded on February 26, 2016, in the Official public Records of Starr County, Texas.<br><br>Affidavit of Heirship for Clemencia G. Cantu, Document No. 2006-1577608, recorded on February 20, 1996, in the Official Public Records of Hidalgo County, Texas.<br><br>Final Decree of Partition, Estate of Romulo Garza, deceased, Probate Cause No. 103, Document No. 1941-38747, recorded on January 29, 1941, in the Official Public Records of Willacy County, Texas. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector | **RGV-RGC-8048** |

| 100 N FM 3167, Ste. 201<br>Rio Grande City, Texas 78582 | Jose Salvador de la Garza Survey, Abstract No. 105, Porción 88, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 60. |
| --- | --- |